```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       )
                               )
    v.                          )   Criminal No. 00-125
                               )
DONALD WILLIAMS                )

**MOTION TO FILE DOCUMENT UNDER SEAL**

AND NOW comes the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Constance M. Bowden, Assistant United States Attorney for said District, and respectfully moves the Court to issue an Order directing that the Ex Parte in the above-captioned case be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that disclosure of the said Motion contains sensitive information that could jeopardize individuals.

                                      Respectfully submitted

                                      MARY BETH BUCHANAN
                                      United States Attorney

                     s/ <u>Constance M. Bowden</u>
                        CONSTANCE M. BOWDEN
                        Assistant U.S. Attorney
                        PA 37866
                        U.S. Attorney's Office
                        U.S. Post Office & Courthouse
                        700 Grant Street, Suite 4000
                        Pittsburgh, PA 15219
                        Office: 412-644-3500
                        Fax: 412-644-2645
                        constance.bowden@usdoj.gov