```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | Criminal No. 00-125 |
| ) | |
| DONALD WILLIAMS           ) | |

## O R D E R

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion to File Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Ex-Parte Motion filed in the above-captioned case, is hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc:  U.S. Attorney